IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAZARO ENTERTAINMENT GROUP, LLC, <br>     Plaintiff, <br> v. <br><br> EQUIFAX INC, d/b/a EQUIFAX COMMERCIAL SOLUTIONS, LLC <br>     Defendant. | CIVIL ACTION FILE No. <br><br> Removed from Gwinnett Co. <br> Case No.: 22-M-21966 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Defendant Equifax Information Services, LLC ("Equifax"), by and through counsel, hereby removes this action from the Magistrate Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division. In support of this Notice, Equifax states as follows:

### I.   Background

1. This case was originally filed by Plaintiff LAZARO ENTERTAINMENT GROUP ("Plaintiff") in the Magistrate Court of Gwinnett County, Georgia on June 28, 2022. [Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed are attached as Exhibit A.] Upon information and belief, Plaintiff served a copy of the Summons and Complaint on Equifax on

July 1, 2022. [Ex. A].

## II. This Notice of Removal is Timely Filed in the Proper Venue

2. This lawsuit is a civil action within the meaning of the Acts of Congress relating to removal of causes.

3. The removal of this action to this Court is timely under U.S.C. § 1446(b) because it is filed within thirty days of service of the Complaint on Equifax. *See* 28 U.S.C. § 1446(b)(2)(B).

4. The United States District Court for the Northern District of Georgia is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed and is pending.

## III. This Court Has Federal Question Jurisdiction

5. Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331 (2010). This Court has original jurisdiction here pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges that "[t]he defendant's violations of the Fair Credit Reporting Act and the Fair Debt Collections Practices Act" and "… defendant's willful and intentional violations of the Fair Credit Reporting Act…" entitles it to relief. [Ex. A].

6. Therefore, removal to this Court is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a) (2010). A federal question appears on the face of Plaintiff's Complaint, and these claims "arise under" federal law.

7. Further, to the extent the Complaint alleges statutory, state common law, or other nonfederal claims, this Court has supplemental jurisdiction over any such claims under 28 U.S.C. § 1367 because those claims arise out of the same operative facts as Plaintiff's claim under federal law and "form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C.§ 1367(a) (2010).

8. Thus, because the Plaintiff's claims arise under the laws of the United States, removal of this entire cause of action is appropriate under 28 U.S.C.§ 1441(a)-(c).

### IV.   Conclusion

9. With this Notice of Removal, Equifax will file a copy of the Notice with the Magistrate Court of Gwinnett County, Georgia.

10.  In filing this Notice of Removal, Equifax does not waive, and specifically reserves, any and all objections as to service, personal jurisdiction, defenses, exception, rights, and motions.

WHEREFORE, Equifax files this Notice of Removal and removes the civil action to the United States District Court for the Northern District of Georgia.

This 26th day of July, 2022.

/s/ *Allison Rhadans*
Allison Rhadans
Georgia Bar No. 940557
Legal Counsel - Litigation Equifax Legal Department
1550 Peachtree Street NW
Atlanta, GA 30309
Allison.Rhadans@Equifax.com
Ph. 470-714-5657

/s/ *Kristin Zielmanski*
 Kristin Zielmanski
Georgia Bar No. 300286
Legal Counsel – Litigation
Equifax Legal Department
1550 Peachtree Street NW
Atlanta, Georgia 30309
Kristin.Zielmanski@Equifax.com
Ph. 404-885-8290

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAZARO ENTERTAINMENT GROUP, LLC, ) <br> Plaintiff, ) <br> v. ) <br>  ) <br> EQUIFAX INC, d/b/a EQUIFAX ) <br> COMMERCIAL SOLUTIONS, LLC ) <br> Defendant. ) | CIVIL ACTION FILE No. <br><br> Removed from Gwinnett Co. <br> Case No.: 22-M-21966 |

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on the undersigned date, I electronically filed the foregoing *Notice of Removal* with the Clerk of the Court using the CM/ECF System and served a true and correct copy of same on the following individuals via First- Class Mail, postage prepaid, addressed to:

LAZARO ENTERTAINMENT GROUP, LLC
c/o James Wilkerson
780 Morosgo Dr. NE, Unit 14271
Atlanta, GA 30324

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 26TH day of July, 2022.

*/s/ Allison Rhadans*
Allison Rhadans