https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/6e926fe40f4054d9ba5ead0f5490f72c

## Case Information

# LAZARO ENTERTAINMENT GROUP LLC VS EQUIFAX INC. d/b/a Equifax Commercial Solutions
22-M-21966

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Gwinnett County - Magistrate Court | Civil | Statement of Claim | 6/28/2022 |

Case Status
Open (Pending)

## Parties [2]

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | LAZARO ENTERTAINMENT GROUP LLC | Pro Se |
| Defendant | EQUIFAX INC. d/b/a Equifax Commercial Solutions | |

## Events [2]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 6/28/2022 | Filing | Statement of Claim | Statement of Claim | Equifax (Laz) Complaint 2.pdf |
| 7/5/2022 | Filing | Affidavit of Process Server | Process Server Affidavit | LAZ vs. Equifax server.pdf |

© 2022 Tyler Technologies, Inc. | All Rights Reserved
Version: 2022.6.0.10101


EMPOWERED BY TYLER TECHNOLOGIES

E-FILED IN OFFICE MA
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
22-M-21966
6/28/2022 4:37 PM
TIANA P. GARNER, CLERK

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

**Plaintiff(s):**
LAZARO ENTERTAINMENT GROUP LLC
780 MOROSGO DR NE UNIT 14271
ATLANTA, GA 30324

vs.

**Defendant(s):**
EQUIFAX INC.
d/b/a Equifax Commercial Solutions
1550 PEACHTREE STREET NW, H46,
ATLANTA, GA, 30309-2402

Civil Action No. 22-M-21966

INFO & FORMS ON INTERNET
www.gwinnettcourts.com

## STATEMENT OF CLAIM

Telephone (Daytime number if known, otherwise, evening number)

[ ] Suit on Note   [ ] Suit on Account   [X] Other __Personal Injury__

1. The Court has jurisdiction over the defendant(s) [ ] the Defendant(s) is a resident of Gwinnett County; [X] Other (please specify)
   Defendant's registered agents in Gwinnett County

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

   *Please refer to attached statement of claim

3. That said claim is in the amount of: $ __14,937.24__ principal, $ _____ interest, plus $ __62.76__ costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

__LAZARO ENTERTAINMENT GROUP LLC__ being duly sworn on oath, says the foregoing is a just and true statement of the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Sworn and subscribed before me this

__28th__ day of __June__ 20 __22__

/s/ James Wilkerson
Plaintiff or Agent

(If Agent -- Title or Capacity)

Day Time Phone Number  lazaroentertainmentgroup@gmail.com

Notary Public/Attesting Official

I request a civil trial [ ] during normal business hours   - OR -   [X] 6:30 PM, evening trials.  **ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.**

### NOTICE AND SUMMONS

**TO: All Defendant(s)**
You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. **YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER,** *JUDGMENT BY DEFAULT* **WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE.** If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. **NO TELEPHONE ANSWERS ARE PERMITTED.** The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this ____ day of __6/28/2022__ 20 ____

Magistrate or Deputy Clerk of Court

See Instructions on Reverse Side of This of this Document

22-M-21966

LAZARO ENTERTAINMENT GROUP LLC
780 MOROSGO DR NE UNIT 14271
ATLANTA, GA 30324

vs.

EQUIFAX INC. d/b/a Equifax Commercial Solutions
1550 PEACHTREE STREET NW, H46,
ATLANTA, GA, 30309-2402

**REGISTERED AGENT:**
**Corporation Service Company**
2 Sun Court, Suite 400,
Peachtree Corners, GA, 30092

## STATEMENT OF CLAIM

From March 15, 2022 through June 24, 2022, LAZARO ENTERTAINMENT GROUP LLC has sent several letters to the defendant requesting copies of LAZARO ENTERTAINMENT GROUP LLC's business credit report after being denied credit. LAZARO ENTERTAINMENT GROUP LLC also requested that the defendant reinvestigate or delete disputed items from it's credit report, as well as a request to remove these items from LAZARO ENTERTAINMENT GROUP LLC report during the investigation period. As of this date, the defendant has failed to respond to LAZARO ENTERTAINMENT GROUP LLC's request.

From March 15, 2022 through June 24, 2022, The plaintiff has sent letters requesting that the defendant does not send the plaintiff any documents, disclosures, nor data of any kind for the plaintiff to verify via email. The plaintiff has sent letters requesting that the defendant NOT to send me any documents, disclosures, nor data of any kind for me to verify via any online internet portal due to concerns of identity theft. I have requested that the defendant mail hard paper copies of any records the defendant is storing regarding any personal or business identifying information for the plaintiff in the defendant's databases. As of this date, the defendant has failed to respond to LAZARO ENTERTAINMENT GROUP LLC's request.

The law stipulates that LAZARO ENTERTAINMENT GROUP LLC is entitled to a free credit report after being denied credit. The law also stipulates that the defendant must investigate disputes within 30 days of receiving a request letter and respond within 5 days of completing it's investigation. The defendant has not followed the stipulations of the law.

The defendant's violations of the Fair Credit Reporting Act and the Fair Debt Collections Practices Act set out in this letter are unfair business practices, and LAZARO ENTERTAINMENT GROUP LLC has been damaged in the amount of $15,000.

The information that the defendant is reporting is harming LAZARO ENTERTAINMENT GROUP LLC's reputation, it's adversely affecting LAZARO ENTERTAINMENT GROUP LLC's credit worthiness, and the plaintiff is being denied credit opportunities as a result of the defendant's inaccurate reporting. Because LAZARO ENTERTAINMENT GROUP LLC needs to rely on an accurate and complete statement of it's business credit record, Plaintiff prays for recovery of a complete and accurate copy of it's business record from the defendant, as well as the full amount of $15,000 in damages for the defendant's willful and intentional violations of the Fair Credit Reporting Act in accordance with the GA Fair Business Practices Act of 1975. Additionally, plaintiff prays for punitive damages, treble damages, and any other relief he may be entitled to by state and/or federal law.

_____/s/ James Wilkerson_____   Lazaro Entertainment Group LLC, Plaintiff, pro se

E-FILED IN OFFICE SJ
CLERK OF MAGISTRATE COURT
GWINNETT COUNTY, GEORGIA
22-M-21966
7/5/2022 1:02 PM
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

| Case: 22-M-21966 | Court: IN THE MAGISTRATE COURT OF GWINNETT COUNTY | County: GWINNETT | Job: 7292376 (2022) |
|---|---|---|---|
| Plaintiff / Petitioner: LAZARO ENTERTAINMENT GROUP, LLC | | Defendant / Respondent: EQUIFAX INC., d/b/a EQUIFAX COMMERICAL SOLUTIONS | |
| Received by: BT Process Serrvice | | For: RON LESLIE | |
| To be served upon: EQUIFAX INC., d/b/a EQUIFAX COMMERICAL SOLUTIONS, c/o RA CORPORATION SERVICE COMPANY | | | |

I, Euael Beyene, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** EQUIFAX INC., d/b/a EQUIFAX COMMERICAL SOLUTIONS, c/o RA CORPORATION SERVICE COMPANY/ALISHA SMITH/PROCESS SPECIALIST, Company: 2 Sun Ct NW, Norcross, GA 30092

**Manner of Service:** Registered Agent, Jul 1, 2022, 11:30 am EDT

**Documents:** Statement of Claim. (Received Jun 28, 2022 at 11:00am EDT)

**Additional Comments:**
1) Successful Attempt: Jul 1, 2022, 11:30 am EDT at Company: 2 Sun Ct NW, Norcross, GA 30092 received by EQUIFAX INC., d/b/a EQUIFAX COMMERICAL SOLUTIONS, c/o RA CORPORATION SERVICE COMPANY/ALISHA SMITH/PROCESS SPECIALIST. Age: 40; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'8"; Hair: Brown;

_Euael Beyene_   07/04/2022
Euael Beyene    Date
BT Process Serrvice

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
07/04/2022
Date    Commission Expires

[Notary Seal: B TASSAW, NOTARY PUBLIC, GEORGIA, DEKALB COUNTY, EXPIRES 05/22/2023]